1  SALVATORE SCIANDRA, Bar No. 58256
   Law Office of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, DAVID J. EDWARDS

6

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | CASE NUMBER:  CR-F-06-0049 AWI |
| | ) | |
| 11             Plaintiff, | ) | STIPULATION AND ORDER FOR A |
| | ) | RESETTING OF BRIEFING SCHEDULE |
| 12  v. | ) | AND HEARING ON MOTIONS |
| | ) | |
| 13  DAVID J. EDWARDS, | ) | Date:       Monday, June 5, 2006 |
| | ) | Time:       9:00 a.m. |
| 14             Defendant. | ) | Courtroom:  Honorable Anthony W. Ishii |
| | ) | |

15

16     IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the

17  defendant, DAVID J. EDWARDS by and through his counsel, that the Motions Hearing set for

18  Monday, June 5, 2006 be vacated and moving papers for any motions to be filed in the above-entitled

19  matter be due on Monday, May 15, 2006, and the governments response thereto be due on Monday,

20  June 5, 2006 and any reply be due on Monday, June 19, 2006.  The hearing on motions be set for

21  Monday, June 26, 2006 at 9:00 a.m.  The additional time is necessary for proper preparation of motions

22  and filing thereof.  The parties further stipulate that time under the Speedy Trial Act, will be excluded

23  through the date of the new motions hearing.

24                                                             Respectfully submitted,

25

26  DATED: April 24, 2006                              /s/   Salvatore Sciandra
                                                        SALVATORE SCIANDRA
27                                                      Attorney for Defendant,
                                                        DAVID J. EDWARDS
28  / / /

1  / / /

2                                              Agreed to with Mr. Cullers, in-person on April 24, 2006

3  / / /

4  / / /

5  DATED: April 24, 2006                       /s/   Mark E. Cullers
                                               MARK E. CULLERS
6                                              Assistant United States Attorney

7  / / /

8  / / /

9                                    **ORDER**

10
   IT IS SO ORDERED.
11
   **Dated:    April 28, 2006**               **/s/ Anthony W. Ishii**
12 0m8i78                                     UNITED STATES DISTRICT JUDGE