1  SALVATORE SCIANDRA, Bar No. 58256
   Law Office of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, DAVID J. EDWARDS

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )   CASE NUMBER:  CR-F-06-0049 AWI
                                        )
11              Plaintiff,               )
                                        )   STIPULATION AND ORDER FOR A
12 v.                                    )   RESETTING OF THE MOTIONS
                                        )   HEARING
13 DAVID J. EDWARDS,                    )
                                        )
14              Defendant.               )
                                        )
15

16     IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the

17 defendant, DAVID J. EDWARDS by and through his counsel, that the Motions Hearing set for

18 Monday, June 26, 2006 at 9:00 a.m. be vacated and set on Monday, July 17, 2006 at 9:00 a.m.  The

19 additional time is necessary due to a calendar conflict in state court for defense counsel.  The parties

20 further stipulate that time under the Speedy Trial Act, will be excluded through the date of the new

21 motions hearing.

22                                         Respectfully submitted,

23

24 DATED:  June 13, 2006                     /s/   Salvatore Sciandra
                                            SALVATORE SCIANDRA
25                                          Attorney for Defendant,
                                            DAVID J. EDWARDS
26 / / /

27                                          Agreed to with Mr. Cullers, via
                                            telephone on June 13, 2006
28 / / /

1  / / /

2  DATED: June 13, 2006                              /s/   Mark E. Cullers
                                                     MARK E. CULLERS
3                                                    Assistant United States Attorney

4  / / /

5  / / /

6                                           **ORDER**

7  IT IS SO ORDERED.

8  **Dated:   June 14, 2006**                        **/s/ Anthony W. Ishii**
9  0m8i78                                   UNITED STATES DISTRICT JUDGE