SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, DAVID J. EDWARDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: CR-F-06-0049 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF BRIEFING SCHEDULE |
| v. | ) | AND HEARING ON MOTIONS |
| DAVID J. EDWARDS, | ) | Date: Monday, November 6, 2006 |
|  | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom: Honorable Anthony W. Ishii |
|  | ) |  |

IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant, DAVID J. EDWARDS by and through his counsel, that the Motions Hearing set for Monday, October 2, 2006 be vacated and moving papers for any motions to be filed in the above-entitled matter be due on Friday, October 6, 2006, and the governments response thereto be due on Friday, October 20, 2006. The hearing on motions be set for Monday, November 6, 2006 at 9:00 a.m. The additional time is necessary for proper preparation of motions and filing thereof. The parties further stipulate that time under the Speedy Trial Act, will be excluded through the date of the new motions hearing.

Respectfully submitted,

DATED: September 5, 2006

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
DAVID J. EDWARDS

/ / /

1  / / /

2                                                           Agreed to with Mr. Cullers, via
                                                            telephone on August 31, 2006
3  / / /

4  / / /

5  DATED:  September 5, 2006                     /s/   Mark E. Cullers
                                                 MARK E. CULLERS
6                                                Assistant United States Attorney

7  / / /

8  / / /

9                                    **ORDER**

10
   IT IS SO ORDERED.
11
   **Dated:     September 6, 2006**              /s/ Anthony W. Ishii
12 0m8i78                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28