**William A. Romaine # 126966**
Law Office of William A. Romaine
1200 South Woodland Street, Suite A
Visalia, California 93277-4212

(559) 635 3040 (Telephone)
(559) 635 3044 (Telecopier)

Attorney for Defendant



FILED

JUL -9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>David J. Edwards,<br><br>   Defendant. | Case No. 1:06-CR-49-1 AWI<br><br>STIPULATION AND ORDER TO RE-SET DATE FOR STATUS CONFERENCE |

By and through their respective attorneys of record, the parties hereto do hereby stipulate that the status conference hearing originally scheduled for July 2, 2007 at the hour of 9:00 A.M. may be rescheduled for July 9, 2007 at the hour of 9:00 A.M. in Courtroom 2 of the above-entitled court. Defendant shall be personally present with counsel at that time and place.

///
///
///

1  IT IS SO STIPULATED.

2  Dated:  July 3, 2007

3  by:_____s/_____
   Mark Cullers, Assistant United States
4  Attorney, Eastern District of California
   Attorneys for Plaintiff United States of
5  America.

6

7
   Dated: July 3, 2007               by:_____s/_____
8                                    William Romaine, Law Office of William A.
                                     Romaine, Attorney for Defendant David J.
9                                    Edwards.

10
                               **ORDER**
11

12     On stipulation of the parties and good cause appearing therefor, IT IS
   HEREBY ORDERED that the status conference hearing originally scheduled for
13 July 2, 2007 at the hour of 9:00 A.M. may be and is hereby rescheduled for July 9,
   2007 at the hour of 9:00 A.M. in Courtroom 2 of the above-entitled court.
14 Defendant shall be personally present with counsel at that time and place.

15 Dated:  7-1-07

16
                                              _____
17                                            UNITED STATES DISTRICT JUDGE

18  ///

19  ///

20  ///

21

22

23

24

25

26