William A. Romaine # 126966
LAW OFFICE OF WILLIAM A. ROMAINE
1200 South Woodland Street, Suite A
Visalia, California 93277-4212

(559) 635 3040 (Telephone)
(559) 635 3044 (Telecopier)

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>David J. Edwards,<br><br>            Defendant. | CASE NUMBER: 1:06-cr-00049<br><br>AMENDED ORDER DENYING MOTION TO SUPPRESS EVIDENCE AND DISMISS INDICTMENT |

The court, having read the pleadings submitted and reviewed the evidence introduced in the matter above-entitled and the parties having argued and submitted this matter to the court for decision and good cause appearing therefor:

IT IS HEREBY ORDERED that the motion of defendant David J. Edwards to suppress evidence and dismiss the indictment in the above-entitled matter be and is hereby denied and it is FURTHER ORDERED, in accordance with Federal Rules of

Appellate Procedure, Rule 5 (a)(3) the court hereby finds, on its own motion, that the necessary conditions for filing an interlocutory appeal in this matter are met and the court hereby grants defendant David J. Edwards permission to file an interlocutory appeal to the United States Court of Appeals for the Ninth Circuit on the issues raised in defendants Motion to Suppress Evidence and Dismiss Indictment and the court hereby amends its original order denying defendant's motion to suppress evidence and dismiss indictment entered in this court on June 30, 2008 to so find and grant.

It is so ordered.

Dated: October 21, 2008

UNITED STATES DISTRICT JUDGE

Approved as to form.

Dated: October 21, 2008

McGREGOR W. SCOTT, United States Attorney for the Eastern District of California,

By: 
MARK E. CULLERS,
Assistant U.S. Attorney.

///
///
///