**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0049 LJO |
| Plaintiff, | NOTICE OF COURT'S INTENT TO SENTENCE ABOVE THE GUIDELINES AND TO REMAND AT SENTENCING |
| vs. | |
| DAVID EDWARDS, | |
| Defendant. / | |

This Court has received and reviewed the 21-page "Advisory Guideline Presentence Investigation Report," dated February 5, 2010. The Court notes the following significant facts that prompt this NOTICE:

1. The Indictment was filed on February 9, 2006, more than four years ago;
2. Defendant has been out of custody since February 2009;
3. The change of plea occurred on January 11, 2010, more than two months ago;
4. The amount of taxes evaded, before penalties or interest, is between $205,456 (the amount admitted) and $375,212 (the amount according to the IRS case officer);
5. The statutory maximum sentence in this case is five years;
6. The Guideline Range is 15-21 months, with a recommendation of twelve months and a day (18 USC § 3553a);
7. One of the huge issues for this Court in determining sentencing is restitution and ability

1        to pay any fine assessed;
2   8.   Dr. Edwards has declined to provide information regarding assets (see PSR at paragraph 44, at page 12);
3   9.   This is a planned crime with a large amount of loss to the victim;
4   10.  Due to the serious nature of the crime, and the Court's absence of knowledge of the ability of the Defendant to make restitution, the Court will not view that factor in favor of Defendant;
5        a.   At this point, unless the restitution is paid before sentencing, the Court will not use that factor in favor of Defendant;
6   11.  Defendant, under the current circumstances, is hereby placed on notice that the Court plans on sentencing above the Guidelines, and closer to the statutory maximum; and
7   12.  Due to the length of time since Indictment, no more delays will be entertained by the Court, and Defendant will be remanded at the time of sentencing.

IT IS SO ORDERED.

**Dated:   March 16, 2010**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE