# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06CR00049-001 LJO |
| Plaintiff, | ORDER RE: APPOINTMENT OF COUNSEL |
| DAVID J. EDWARDS | |
| Defendant. | |

The Court has received and reviewed the Defendant's request for counsel to be appointed for his appeal. This Court lacks jurisdiction in light of the Notice of Appeal that was filed. The recent request has therefore been forwarded to the Ninth Circuit Court of Appeals for handling and initial determination of whether the Defendant is financially eligible for counsel to be appointed.

The Clerk of the Court is directed to forward a copy of this order along with a copy of Defendant's request for counsel (doc. 87) forthwith to the Ninth Circuit Court of Appeals.

Dated: July 12, 2010         /s/ Lawrence J. O'Neill
                              Honorable Lawrence J. O'Neill
                              U.S. District Court Judge