IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-06-0049-AWI |
|---|---|---|
| | ) | APPELLATE NO. 10-10227 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: PETITION TO FILE AND |
| | ) | SEAL GRAND JURY TRANSCRIPTS |
| DAVID JOSEPH EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Grand Jury transcripts shall be filed in the above-captioned proceeding.

IT IS FURTHER ORDERED that the Grand Jury transcripts shall be filed <u>under seal</u> and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED.

**Dated:   December 21, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1