IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NOS. CR F 06-0049 LJO |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION FOR DECLARATORY RELIEF (Doc. 105)** |
| vs. | |
| DAVID J. EDWARDS, | |
| Defendant. | |

Defendants' motion for declaratory relief (Doc. 105) is DENIED as moot. This Court has directed the clerk of court to open a new civil case for this motion, which is brought pursuant to 28 U.S.C. section 2241. Defendant is directed to pursue further proceedings on this motion in that new civil case: No: 1:11-cv-1200-MJS (HC).

IT IS SO ORDERED.

**Dated:   July 20, 2011**                              /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE