IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0049 LJO<br>1:11-CV-710 LJO<br>1:11-CV-1118 LJO |
| Plaintiff, | ORDER TO PROCEED PRO SE IN CIVIL ACTIONS |
| vs. | |
| DAVID EDWARDS, | |
| Defendant. / | |

The motion to proceed pro se in the civil actions above is GRANTED.

IT IS SO ORDERED.

**Dated:   August 1, 2011**                              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

1