**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Docket No:  1:06CR00049-001 LJO<br>DAVID J. EDWARDS )<br>) | |

On December 9, 2011, the above-named was placed on Supervised Release for a period of 3 years. The offender has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.

On August 26, 2013, Assistant U.S. Attorney Mark Cullers reported that he had no objection to an early termination of Supervised Release in this case. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Ross A. Micheli

**Ross A. Micheli**
**United States Probation Officer**

Dated:        September 23, 2013
              Fresno, California
              MSE

         /s/ Hubert J. Alvarez

1

PROB 35 (ED/CA)
(Rev. 5/01)

**Re:   DAVID J. EDWARDS**
       Docket No.:   **1:06CR00049-001 LJO**
       **REPORT AND ORDER TERMINATING**
       **PROBATION/SUPERVISED RELEASE**


**REVIEWED BY:   HUBERT J. ALVAREZ**
                **Supervising United States Probation Officer**

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from Supervised Release, and that the proceedings in the case be terminated.


RAM/mse

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   October 1, 2013**          **/s/  Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE